man against Henry H. Davis and others. From a judgment for plaintiff, defendant Davis appeals. Affirmed. Henry H. Davis (Benjamin N. Cardzo, of counsel), for appellant. Steuer & Hoffman (Max D. Steuer, of counsel), for respondent.

FREEDMAN, P. J. Upon a careful examination of the whole case, it appears that the evidence given at the trial upon the issues raised by the pleadings required the submission to the jury of the questions whether the agreement to pay was made by the defendants, as claimed by the plaintiff, whether there was a consideration for it moving to the defendant, and whether, if there was such a consideration, it was so beneficial to the defendant that it made defendant's agreement an original and independent undertaking, as distinguished from a collateral one, and that these questions were submitted to the jury under a full and well-considered charge, which carefully guarded all the right of the defendant, within the doctrine of White v. Rintoul, 108 N. Y. 222, 15 N. E. 318. The record discloses no reversible error. The judgment and order should be affirmed, with costs. All concur.

GREINER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by George G. Greiner against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

GUARANTY TRUST CO. OF NEW YORK, Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by the Guaranty Trust Company of New York against Louis B. Jennings. H. Barry, for respondent. No opinion. Judgment affirmed, with costs.

GUARANTY TRUST CO. OF NEW YORK, Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Guaranty Trust Company of New York against Louis B. Jennings. No opinion. Motion to open default granted, upon payment of $10 costs and $10 costs of the term, so far as to allow appellant to submit points within 10 days from entry of order on this decision, if respondent consents to submit; otherwise, on payment of above costs, default will be opened, and case put on November calendar, to be argued when reached.

GUERIN, Respondent, v. GUERIN, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Daniel Guerin against John Guerin. No opinion. Judgment unanimously affirmed, with costs.

GUILES, Respondent, v. VILLAGE OF CATTARAUGUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Emma E. Guiles against the village of Cattaraugus. No opinion. Judgment and order affirmed, with costs.

GUINAN, Respondent, v. KOCH, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by John S. Guinan against William Koch. No opinion. Judgment unanimously affirmed, with costs.

In re GUNDERSHEIMER. (Supreme Court, Appellate Division, First Department. November 6, 1903.) In the matter of Abraham Gundersheimer. W. K. Hall, for appellant. E. Hymes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GUY v. MAYOR, etc., OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by John Guy against the Mayor, etc., of the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re HADLEY. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Application of Walter M. Hadley for the examination of John B. Porter, impleaded, etc. PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., dissents.

HAIGHT, Respondent, v. STOCK, GRAIN & PROVISION CO. OF NEW YORK, Limited, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William C. Haight against the Stock, Grain & Provision Company of New York, Limited. No opinion. Motion denied, upon payment of $10 costs.

HAIGHT, Respondent, v. STOCK, GRAIN & PROVISION CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by William C. Haight against the Stock, Grain & Provision Company of New York. J. Delahunty, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HALL v. GILMAN et al. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Helen P. Hall against Theophilus Gilman and others. No opinion. Motion denied.

HALL, Appellant, v. GILMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Helen P. Hall against Theophilus Gilman and others. V. P. Donihee, for appellant. R. J. Moses, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HAMILTON et al., Appellants, v. WINCH, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.)